Entered on Docket May 5, 2014



**Below is the Order of the Court.**

Marc Barreca
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In Re:

SAMARA LEIGH ANDRIANO,

Debtor.

No. 14-11635-MLB

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The motion of Bank of America, N.A. (hereinafter "Movant") for an order terminating the automatic stay to permit it and its designated trustee to foreclose on its deed of trust came on for hearing pursuant to notice. Timely notice of the motion was given to the debtor, the debtor's attorney, the Trustee, and those parties requesting notice via ECF. The Court considered the files and records herein, and no objections having been filed; NOW THEREFORE, IT IS HEREBY ORDERED:

THAT the automatic stay is terminated to permit Movant and its designated trustee (1) to proceed with its foreclosure on the following property pursuant to the deed of trust securing the debtors' obligation to it and to sell said property pursuant to said deed of trust:

UNIT 204, BUILDING E, OF ROLLING HILLS, A CONDOMINIUM, ACCORDING TO THE DECLARATION THEREOF RECORDED UNDER KING COUNTY NO. 7907170724, AND ANY AMENDMENTS THERETO, AND IN VOLUME 34 OF CONDOMINIUMS, PAGE 14 THROUGH

ORDER GRANTING MOTION
FOR RELIEF FROM STAY - 1

**Bishop, Marshall & Weibel, P.S.**
720 Olive Way, Suite 1201
Seattle, WA 98101
(206) 622-5306 Fax (206) 622-0354

49, INCLUSIVE, RECORDS OF KING COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

Commonly known as: 2020 Grant Avenue S, #E204 Renton, WA 98055

(2) to take any other action to acquire possession of the property as a result of the foreclosure or at its option by means of a deed in lieu of foreclosure; and (3) to take any other action permitted under its deed of trust not prohibited by state law including but not limited to eviction and recovery of attorneys' fees incurred in this proceeding.

THAT the terms contained in the note and deed of trust shall control as to assessment of any reasonable fee associated with the motion.

THAT this order shall be binding in any proceeding to which this proceeding is converted.

///End of Order///

Presented by:
Bishop, Marshall & Weibel, P.S.

By: */s/ Susan M. Stanley*
Susan M. Stanley, WSBA #11982
Attorneys for Bank of America, N.A.

ORDER GRANTING MOTION
FOR RELIEF FROM STAY - 2

**Bishop, Marshall & Weibel, P.S.**
720 Olive Way, Suite 1201
Seattle, WA 98101
(206) 622-5306 Fax (206) 622-0354